## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re

   Anthony J. Rodriquez and Brenda M. Cirillo

Chapter 13
Case No. 13-41492 -MSH

Debtor
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

Attorney Rosaleen Clayton, counsel to the debtors, is hereby ordered to show cause at a hearing on

Tuesday, July 16, 2013 at 1:00 p.m.

as to why she should not be ordered to disgorge her fee for failure to properly represent her clients in this case.

By the Court,

_Melvin S. Hoffman_ (signature)

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: June 19, 2013