UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: | |
| ANTHONY J. RODRIGUENZ, | Case No. 13-41492 |
| BRENDA M. CIRILLO | Chapter 13 |
| Debtors | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

  Please take notice that Robert F. Casey, Jr., hereby gives notice as follows: Pursuant to Bankruptcy Rule 2002 and 9010, requests that all notices and/or motions or pleadings of any kind given or required to be given in this case be given to and served upon Robert F. Casey, Jr., 249 Ayer Road, Suite 102, Harvard, MA 01451.

              Respectfully submitted,


              /s/ Robert F. Casey, Jr.
              Robert F. Casey, Jr.
              BBO# 077700
              Robert F. Casey, Jr., P.C.
              249 Ayer Road, Suite 102
              Harvard, MA 01451
              Telephone: (978) 772-2223
              Facsimile:  (978) 772-6585

Date: July 23, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re:

ANTHONY J. RODRIGUENZ,  Case No. 13-41492
BRENDA M. CIRILLO  Chapter 13

       Debtors

### **CERTIFICATE OF SERVICE**

     I, Robert F. Casey, Jr., hereby certify that I served a copy on this 23rd day of July, 2013 by U.S. Postal First Class Mail and/or ECF, a true and correct copy of the foregoing Notice of Appearance on the following:

VIA ECF:

Attorney Richard King – U.S. Trustee
Attorney Denise M. Pappalardo – Chapter 13 Trustee
Workers Credit Union - Creditor


                                          /s/ Robert F. Casey, Jr.
                                          Robert F. Casey, Jr.