# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

## Proceeding Memorandum/Order of Court

**In Re:** Anthony J. Rodriquez and Brenda M. Cirillo    **Case Number:** 13-41492    (MSH)    **Ch:** 13

#15 Show Cause Hearing Why Attorney Rosaleen Clayton Should Not Be Ordered To Disgorge Her Fee For Failure to Properly Represent Her Clients In This Case.

**COURT ACTION:**

- Show Cause Order    _____ Released    ✔ Enforced
- _____ Granted    _____ Approved    _____ Moot
- _____ Denied    _____ Denied without prejudice
- _____ Withdrawn in Open Court
- _____ Sustained    _____ Overruled
- _____ Continued to_____
- _____ Proposed Order Submitted by_____
- _____ Stipulation to be Submitted by_____
- _____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

FOR THE REASONS SET FORTH IN THE RECORD OF TODAY'S HEARING, ROSALEEN CLAYTON IS HEREBY ORDERED TO DISGORGE $2019 IN FEES SHE RECEIVED FROM THE DEBTORS AND RETURN THAT AMOUNT TO THE DEBTORS.

IT IS SO ORDERED:

_____    Dated: 08/20/2013

Melvin S. Hoffman
United States Bankruptcy Judge