UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re:

|  |  |
|---|---|
| ANTHONY J. RODRIQUENZ<br>BRENDA M. CIRILLO<br><br>Debtors | Case No. 13-41492-MSH<br>Chapter 13 |

**DEBTORS' MOTION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7**

Now come the Debtors, Anthony J. Rodriquenz and Brenda M. Cirillo, and state the following:

1. The Debtors have been hard pressed to meet all their obligations under the Chapter 13 Plan due to a decrease in income.

2. The Debtors reluctantly need to convert to a Chapter 7.

WHEREFORE, the Debtors, Anthony J. Rodriquenz and Brenda M. Cirillo, move this Honorable Court to enter an order converting the case from Chapter 13 to Chapter 7.

> Respectfully submitted,
> ANTHONY J. RODRIQUENZ,
> BRENDA M. CIRILLO,
> By their Attorney,
>
> /s/Robert F. Casey, Jr.,
> Robert F. Casey, Jr.
> BBO# 077700
> Robert F. Casey, Jr., P.C.
> 249 Ayer Road, Suite 102
> Harvard, MA 01451
> Telephone: (978) 772-2223
> Facsimile: (978) 772-6585

Dated: April 4, 2014

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In Re:

    ANTHONY J. RODRIQUENZ          Case No. 13-41492-MSH
    BRENDA M. CIRILLO                Chapter 13

                      Debtors

## CERTIFICATE OF SERVICE

    I, Robert F. Casey, Jr., hereby certify that I caused to be served on this 4th day of April, 2014, by U.S. Postal First Class Mail and/or ECF, a true and correct copy of the Debtors'

**DEBTORS' MOTION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7**

to the following:

VIA ECF:
Attorney Richard King – Assistant U.S. Trustee
Attorney Denise M. Pappalardo – Chapter 13 Trustee
Workers' Credit Union – Creditor
Recovery Management System Corporation – Creditor

VIA FIRST CLASS MAIL

| | |
|---|---|
| Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren, MI 48090 | Atlantic Credit & Finance, Inc.<br>3353 Orange Avenue<br>Roanoke, VA 24012 |
| Atlantic Credit & Finance, Inc.<br>c/o Lustig, Glaser & Wilson, P.C.<br>P.O. Box 549287<br>Waltham, MA 02454-9287 | Credit One Bank<br>P.O. Box 98875<br>Las Vegas, NV 89193 |
| Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19885 | Discover Bank<br>c/o Law Office of Howard Lee Schiff<br>340 Main Street, Suite 959<br>Worcester, MA 01608 |
| Citibank, SD<br>701 E. 60th Street<br>Sioux Falls, SD 57117 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany, OH 43054 |

Elan Financial Services
777 E. Wisconsin Avenue
Milwaukee, WI 53202

FIA Card Services
c/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Focus Receivables Management
1130 Northchase Parkway, Suite 150
Marietta, GA 30067

GECRB/Lowes
P.O. Box 965005
Orlando, FL 32896

Law Office of Thomas A. Gibbons, P.C.
12 Park Street
Ayer, MA 01432

Lexington Eye Associates
21 Worthen Road
Lexington, MA 02421

American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

MCYDSNB
9111 Duke Boulevard
Mason, OH 45040

Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

Portfolio Recovery Associates, LLC
c/o Lustig, Glaser & Wilson, P.C.
P.O. Box 549287
Waltham, MA 02454-9287

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

CACH, LLC
4340 S. Monaco Street, 2nd Floor
Denver, CO 80237

Redline Recovery
5959 Corporate Drive, Suite 1400
Houston, TX 77036

THD/CBNA
P.O. Box 790328
St. Louis, MO 63179

Transworld Systems
P.O. Box 17221
Wilmington, DE 19850

Van Ru Credit Corporation
11069 Strange Line Road
Building E
Lenexa , KS 66215

Verizon New England, Inc.
c/o Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Worker Credit Union
815 Main Street
Fitchburg, Massachusetts 01420


/s/ Robert F. Casey, Jr.
Robert F. Casey, Jr.